## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK

BRUCE RIFKIN
CLERK

January 17, 2006

 700 STEWART ST. LOBBY LEVEL
SEATTLE, WASHINGTON 98101

JAN 26 2006

Clerk, U.S. District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19801

RE: Amazon.com Inc v. Cendant Corporation, C05-1137RSM

Dear Clerk:

Pursuant to the order transferring the above captioned case to your Court, enclosed are:

1. Certified copy of docket entries;

2. Certified copy of transfer order; and

3. Original case file documents downloaded on one CD

Please acknowledge receipt of the above documents by returning the copy of this letter.

Very truly yours,

BRUCE RIFKIN, CLERK

By: _____
Rhonda Stiles, Deputy Clerk

Enclosures

cc: counsel of record
    file

05-CV-01137-FINAFF